Gilbert Ryan Raynor,
v.
The United States, The United States of America

Dear, clerk of court.

I need the Judges and clergy staff to understand I have been under conflict of Unauthorized human research, genocidal acts, committed from distance, for 3 years.
I need a retraction of all documents and case details surrounding my person, I need those retraced documentations categorized and cataloged and stored.
I need the following actions brought forth before the court, these attached, to this letter are to be the the actions brought forth under proper judiciary practices under constitutional law.
I need the Judges to assert Constitutional Jurisdiction over the whole of the United States of America while my court proceedings take place.
Norfolk being the Court. Please call Newport News and Have them follow the Same written instructions above, and I Really don't want to Hear from the case manager who I know the office of clerks coordinated with to have me be in touch with, I would rather just be able to accept a email recipient for when court is or a phone call or letter to appear.
I'm ligit trying to get my head together. And at the moment they still have the unauthorized circumstances in occurrence.
Plus psychicnism being manipulated intentionally by unknown conspirators for unknown reason other than my belief they fall under cause for extension of blasphemy Law, and then indictments for blasphemous actions against my person.

Side conversation with a judge Hanes, for Documentation because of conflict and Newport New Judge Becoming Engaged in Circumstances, I'm Too Request to Leave the Missing Person's case, newly added, on docket, and the Disney Case, newly added.
Here the torture Case, you Said I didn't Send it to you.

Sincerely,
Gilbert Raynor, God.